01

02

03

04

05

06                                UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
07                                         AT SEATTLE

08  JEFFERY A. WALSH,                        )    CASE NO. C06-0117-MAT
                                             )
09          Plaintiff,                       )
                                             )
10          v.                               )    ORDER GRANTING PLAINTIFF'S
                                             )    APPLICATION TO PROCEED *IN*
11  JO ANNE B. BARNHART,                     )    *FORMA PAUPERIS* AND DIRECTING
    Commissioner of Social Security,         )    RETURN OF SUMMONS
12                                           )
            Defendant.                       )
13  _____       )

14          Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED.  Plaintiff does

15  not appear to have funds available to afford the $250.00 filing fee.

16          (1)     The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue

17  summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate

18  parties.  **Plaintiff shall note that it is his and his attorney's responsibility to properly serve**

19  **copies of the complaint along with appropriate summonses as required by Rule 4 of the**

20  **Federal Rules of Civil Procedure.**

21  */ / /*

22  */ / /*

    ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED
    *IN FORMA PAUPERIS* AND DIRECTING RETURN OF
    SUMMONS
    PAGE -1

01          (2)     The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial

02   Assignment and Consent to Proceed before a United States Magistrate Judge.

03          DATED this  25th  day of  January , 2006.

04

05                                                   _____
                                                     Mary Alice Theiler
06                                                   United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED
*IN FORMA PAUPERIS* AND DIRECTING RETURN OF
SUMMONS
PAGE -2